**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**EL DORADO DIVISION**

**BRENDA L. WOODS**                                                                  **PLAINTIFF**

      **v.**          **Civil No. 05-1041**

**BROOKSHIRE GROCERY COMPANY and**
**HARTFORD LIFE AND ACCIDENT INSURANCE**
**COMPANY**                                                                          **DEFENDANTS**

## O R D E R

Now on this 28th day of September, 2005, the Court, being advised that administrative remedies have not been fully exhausted in this ERISA case, hereby ORDERS that it be administratively terminated until such time as exhaustion is complete, whereupon any party may reopen the proceedings to obtain a final determination of any issues as to which judicial review is sought.

**IT IS SO ORDERED.**

                                                        **/s/ Jimm Larry Hendren**
                                                        **JIMM LARRY HENDREN**
                                                        **UNITED STATES DISTRICT JUDGE**