# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### EL DORADO DIVISION

BRENDA L. WOODS                                                  PLAINTIFF

        v.                    Civil No. 05-1041

BROOKSHIRE GROCERY COMPANY and
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY                                                DEFENDANTS

## O R D E R

Now on this 12th day of June, 2006, comes on for consideration the parties' **Joint Motion To Dismiss** (document #14), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and this matter is hereby **dismissed with prejudice**, with each party to bear her or its own costs.

    **IT IS SO ORDERED.**


                         **/s/ Jimm Larry Hendren**
                         JIMM LARRY HENDREN
                         UNITED STATES DISTRICT JUDGE